IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARY ELLEN ROOTERS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:09-cv-0225-M |
| | § | |
| STATE FARM LLOYDS | § | |
| INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made a report and recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed report and recommendation to which objection was made. The objections are overruled, and the Court accepts the Report and Recommendation of the United States Magistrate Judge.

SO ORDERED this 18th day of August, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS